**FILED**

January 4, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____JG_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: EP:23-CR-00006-DCG** |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1:** 18 U.S.C. §§ 922(a)(1)(A), 923(a), & |
| | § | 924(a)(1)(D) — Engaging in the Business of |
| MARCOS EDUARDO HERNANDEZ, | § | Dealing Firearms without a License. |
| | § | |
| Defendant. | § | |
| | § | *Notice of Government's Demand* |
| | § | *for Forfeiture* |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**
(18 U.S.C. §§ 922(a)(1)(A), 923(a), & 924(a)(1)(D))

Beginning on or about June 30, 2021, and continuing through and including on or about July 11, 2022, in the Western District of Texas, Defendant,

**MARCOS EDUARDO HERNANDEZ,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**I.
Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D), subject to forfeiture
pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal
forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count One, the United States of America gives notice to Defendant **MARCOS EDUARDO HERNANDEZ,** of its intent to seek the forfeiture of certain properties upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18

15

U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).   Section

924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**

* * *

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

A TRUE BILL.

████████████████████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney

2

16